IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO R. KELLEY and
PENNY A. KELLEY                                                          PLAINTIFFS

v.                       Case No. 4:11-cv-18-DPM

BAC HOME LOANS SERVICING, LP;
COUNTRYWIDE HOME LOANS, INC.;
BANK OF NEW YORK MELLON;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; and
WILSON & ASSOCIATES                                                      DEFENDANTS

JUDGMENT

The Kelleys' complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 August 2011